# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

MICHAEL TRICE                                                PETITIONER

V.                                          NO. 1:09CV154-A-D

CHRISTOPHER EPPS, et al.                            RESPONDENTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, Respondent's motion to dismiss (docket entry 5) is **GRANTED**. The instant petition is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the   3rd   day of November, 2009.


                                                       **/s/ Sharion Aycock**
                                                       **U.S. DISTRICT JUDGE**